United States Bankruptcy Court
Middle District of Florida

In re:                                                              Case No. 13-11308-FMD
William Salvatore Woodruff, I                                       Chapter 13
Rhonda Lee Woodruff
        Debtors
                           **CERTIFICATE OF NOTICE**

District/off: 113A-9         User: migues          Page 1 of 2              Date Rcvd: Sep 16, 2013
                            Form ID: Dodsmdef       Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2013.
db/jdb        +William Salvatore Woodruff, I,   Rhonda Lee Woodruff,   7309 Kreamers Dr.,
               Bokeelia, FL 33922-1848
23852197      +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,   Arlington, TX 76096-3853
23812400      +BAC Home Loan Serv LP,   4161 Piedmont Pkwy,   Greensboro, NC 27410-8110
23812451     ++COLLECTION BUREAU OF SW GEORGIA,   PO BOX 70398,   ALBANY GA 31708-0398
              (address filed with court:  Credit Bureau of SW GA,   PO Box 1966,   Albany, GA 31702-1966)
23812401       Citibank CBNA/Shell,   PO Box 6497,   Sioux Falls, SD 57117-6497
23812414      +Citifinancial,   605 Munn Rd.,   c/s Care Dept.,   Fort Mills, SC 29715-8421
23812415      +Citifinancial,   605 Munn Rd.,   c/s Care Dept. Helpcard Processing,   PO Box 829,
               Fort Mills, SC 29715-8421
23812403       Exxonmobil/Citibank CBNA,   PO Box 6497,   Sioux Falls, SD 57117-6497
23812449       GECRB/PaypalDualCard,   PO Box 965005,   Orlando, FL 32896-5005
23812418      +Helpcard Processing,   PO Box 829,   Springdale, AR 72765-0829
23812405      +SST/CIGPFI Corp.,   4315 Pickett Rd.,   Saint Joseph, MO 64503-1600
23812408      +WF Financial Cards,   CSCL DSP TM MAC N8235-04M,   PO Box 14517,   Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
23856407       EDI: PHINAMERI.COM Sep 16 2013 23:18:00       AmeriCredit Financial Services, Inc.,   PO Box 183853,
               Arlington, Texas  76096
23839572       EDI: AIS.COM Sep 16 2013 23:18:00       American InfoSource LP as agent for,   Midland Funding LLC,
               PO Box 268941,   Oklahoma City, OK  73126-8941
23812399       EDI: BANKAMER.COM Sep 16 2013 23:18:00       Bank of America,   4161 Piedmont Pkwy,
               Greensboro, NC 27410-8110
23812412      +EDI: CAPITALONE.COM Sep 16 2013 23:18:00       Capital One Bank USA NA,   PO Box 30281,
               Salt Lake City, UT 84130-0281
23812409      +E-mail/Text: bankruptcy@cavps.com Sep 16 2013 23:51:39       Cavalry Portfolio Svs,
               500 Summit Lake Dr.,   Ste 4A,   Valhalla, NY 10595-2323
23870484      +E-mail/Text: bankruptcy@cavps.com Sep 16 2013 23:51:38       Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
23812413      +EDI: CHASE.COM Sep 16 2013 23:18:00       Chase,   2500 Westfield Dr.,   Elgin, IL 60124-7836
23812448      +EDI: CHASE.COM Sep 16 2013 23:18:00       Chase Bank USA NA,   PO Box 15298,
               Wilmington, DE 19850-5298
23812402       EDI: CRFRSTNA.COM Sep 16 2013 23:18:00       Credit First Natl Assoc,   PO Box 81315,
               Cleveland, OH 44181-0315
23812363       EDI: FLDEPREV.COM Sep 16 2013 23:18:00       Department of Revenue,   PO Box 6668,
               Tallahassee, FL 32314-6668
23812416      +E-mail/Text: electronicbkydocs@nelnet.net Sep 16 2013 23:49:47       Dept of Education,
               3015 Park Rd.,   Suite 400,   Aurora, CO 80014-2904
23812404       EDI: RMSC.COM Sep 16 2013 23:18:00       GECRB/Home Design Furn,   c/o PO Box 965036,
               Orlando, FL 32896-5036
23812450       EDI: RMSC.COM Sep 16 2013 23:18:00       GECRB/Walmart Dual Card,   PO Box 965024,
               Orlando, FL 32896-5024
23812417       EDI: PHINAMERI.COM Sep 16 2013 23:18:00       GM Financial,   PO Box 181145,
               Arlington, TX 76096-1145
23812362       EDI: IRS.COM Sep 16 2013 23:18:00       Internal Revenue Service,   P.O. Box 7346,
               Philadelphia, PA 19101-7346
23812410      +EDI: MID8.COM Sep 16 2013 23:18:00       Midland Funding LLC,   8875 Aero Dr.,   Suite 200,
               San Diego, CA 92123-2255
23812411      +E-mail/Text: bankruptcydepartment@ncogroup.com Sep 16 2013 23:51:03       NCO Financial,
               PO Box 15270,   Wilmington, DE 19850-5270
23812406       EDI: WTRRNBANK.COM Sep 16 2013 23:18:00       TNB-Target,   PO Box 673,
               Ninneapolis, MN 55440-0673
23812407       EDI: WFFC.COM Sep 16 2013 23:18:00       Wells Fargo-Loss Recovery,   PO Box 29704,
               Pheonix, AZ 85038-9704
                                                                                            TOTAL: 19

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 113A-9           User: migues          Page 2 of 2             Date Rcvd: Sep 16, 2013
                               Form ID: Dodsmdef      Total Noticed: 31
```

```
                ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2013                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2013 at the address(es) listed below:
          Jon  Waage   jwflecf@trustee13.com
          United States Trustee - FTM7, 7    USTPRegion21.TP.ECF@USDOJ.GOV
                                                                          TOTAL: 2
```

[DODSMDEF] [Dismissing for Deficiencies]



**Done and Ordered as set forth below in FT. MYERS , Florida on September 16, 2013**

BY THE COURT

_Caryl E. Delano_

_____
Caryl E. Delano
United States Bankruptcy Judge


UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION
**www.flmb.uscourts.gov**

In re:                                                          Case No. 9:13−bk−11308−FMD
                                                                Chapter 13
William Salvatore Woodruff I



Rhonda Lee Woodruff
_____Debtor*_____/


ORDER DISMISSING CASE


   The Debtor has failed to file or correct deficiencies in the item(s) indicated below by August 28, 2013 . The Court advised the Debtor of these requirements in either a Clerk's Notice of Filing Requirements or by separate Order of the Court.

   Failure to file a Chapter 13 Plan.

   Failure to file Schedules A−J.

   Failure to file Statement of Financial Affairs.

   Failure to file Statement of Current Monthly Income.


   Accordingly, it is **_ORDERED:_**

   1.  The case is dismissed without a discharge.

   2.  If the automatic stay imposed by 11 U.S.C. Section 362(a) or Section 1301 is in effect at the time this
       Order is entered, the stay is extended for 14 days from the date of this Order, notwithstanding the provisions

of 11 U.S.C. Section 362(c)(2)(B).  If the Debtor files a motion for relief from this Order within the 14–day period, then the stay will remain in effect until the Court rules on such timely filed motion.

3.  All pending hearings are cancelled with the exception of any hearing on an Order to Show Cause over which the Court reserves jurisdiction.

4.  The Debtor(s) shall immediately pay to the Clerk, U.S. Bankruptcy Court, $ N/A for the balance of the filing fee as required by 28 U.S.C. Section 1930.

5.  The Trustee is discharged from any further duties.

*All references to "Debtor" shall include and refer to both of the debtors in a case
 filed jointly by two individuals.


   Copies furnished to:
   All interested parties